# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 2:12-cv-00679 |
| Plaintiff, | JUDGE GEORGE C. SMITH |
| v. | |
| GOLD CLUB 1336, INC., *et al.*, | **ORDER** |
| Defendant. | |

Default having been entered in this action on this 18th day of December, 2012, and the application of default judgment having been filed on September 10, 2012, and having been served on the Defendant, GOLD CLUB 1336, INC. individually and as the alter ego of Magoo's Bar and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant, GOLD CLUB 1336, INC. individually, and as the alter ego of Magoo's Bar, in favor of J & J SPORTS PRODUCTIONS, INC., as follows:

| | | | |
|---|---|---|---|
| a. | 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 100,000.00 |
| b. | 47 U.S.C. 553 (b)(2) and (c)(2)(c): | $ | 50,000.00 |
| c. | Attorneys' Fees | $ | 1,300.00 |
| d. | Costs: | $ | 350.00 |
| | **Total:** | **$** | **151,650.00** |

1

Accordingly, JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $151,650.00, plus interest at the Federal statutory rate from the date of judgment.

*s/ George C. Smith*
GEORGE C. SMITH, JUDGE
UNITED STATES DISTRICT COURT